DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZION ROBINSON,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,**
Appellee.

No. 4D21-3523

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE-19-018237 (11).

James Jean-Francois of James Jean-Francois, P.A., Hollywood, for appellant.

David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***